UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAYLOR KING,

CASE NO.: 3:14-CV-1005-J-32PDB

Plaintiff,

vs.

MIRACLE WINDOWS AND SUNROOMS, INC.

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, TAYLOR KING, and Defendant, MIRACLE WINDOWS AND SUNROOMS, INC., by and through their undersigned counsel, would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

Respectfully submitted this 27th day of February, 2015.

/s/ Max Story
Max Story, Esquire
Florida Bar No.: 527238
Max Story, P.A.
328 2nd Avenue North, Suite 100
Jacksonville Beach, Florida 32250
Telephone: 904-372-4109
Facsimile: 904-758-5333
max@StoryLawGroup.com
Attorney for Plaintiff

/s/ James M. Gonzalez
James M. Gonzalez, Esquire
Florida Bar No.: 0048065
200 West Forsyth Street
Suite 1400
Jacksonville, FL 32202
Telephone: (904) 358-4200
Fax: (904) 355-0019
jmgonzalez@mdwcg.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 27th day of February, 2015.

/s/ Max Story
Max Story, Esquire