**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TAYLOR KING,

    Plaintiff,

v.                                                  Case No:   3:14-cv-1005-J-32PDB

MIRACLE WINDOWS AND
SUNROOMS, INC,

    Defendant.

## **O R D E R**

Upon review of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 17), filed on February 27, 2015, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of March, 2015.

                                                  TIMOTHY J. CORRIGAN
                                                United States District Judge

w.
Copies:

Counsel of Record